RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 11/9/11
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LONNIE B. SIMON, JR. | DOCKET NO. 11-CV-1310; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| TERRY TERRELL, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 8 day of November, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE